

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00763-CV

Rajasekhar **BORRA** M.D. and Inpatient Consultants of Texas P.L.L.C.,
Appellants

v.

Rachael **HERNANDEZ**, Individually and on behalf of The Estate of Ricardo Hernandez Jr.
Deceased, Ricardo Hernandez III, Tanya A. Hernandez, Roxanne H. Hernandez, Katherine A.
Young and Rachael Lee Hernandez,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-01562
John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  December 12, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have "reached an agreement to resolve the issues raised by the appeal." The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Costs of the appeal are taxed against the parties who incurred them. The clerk of this court is ordered to issue the mandate in this appeal contemporaneously with this court's opinion and judgment.

PER CURIAM